```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 96-CR-0515 (LAP) |
| -against- | No. 16-CV-4792 (LAP) |
| RAYMOND JACKSON, | ORDER |
| Defendant. | |

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

The briefing schedule proposed in counsel's letter of October 2 (dkt. no. 680) is approved.

SO ORDERED.

Dated:  October 7, 2020
        New York, New York

_____
LORETTA A. PRESKA, U.S.D.J.