UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAYMOND JACKSON,<br><br>                    Petitioner,<br><br>-against-<br><br>UNITED STATES OF AMERICA,<br><br>                    Respondent. | 16 Civ. 4792 (LAP)<br>96 Cr. 515 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

   The Court is in receipt of Petitioner Raymond Jackson's request for a certificate of appealability from the Court's Opinion and Order dated March 31, 2022, denying Petitioner's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (see dkt. no. 735 in 96-cr-515).  (See dkt. no. 737 in 96-cr-515.)  The Government shall respond to Petitioner's motion no later than Wednesday, June 8, 2022.

**SO ORDERED.**

Dated:    June 1, 2022
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1