```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA     :        96-cr-515 (LAP)
                             :
                             :
           v.                :        ORDER
                             :
RAYMOND JACKSON,             :
                             :
           Defendant.        :
------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

    Before the Court is Raymond Jackson's motion pursuant to 18 U.S.C. Section 3582(c)(1)(A)(i) to modify his sentence and for the appointment of counsel. (Dkt. no. 734.)

    Because Mr. Jackson has laid out his argument well and because it is a relatively simple argument, primarily about "stacking" under 18 U.S.C. Section 924(c), the motion for counsel is denied.

    The Government shall respond no later than January 31, 2023.

    The Clerk of the Court shall mail a copy of this order to Mr. Jackson.

**SO ORDERED.**

Dated:   New York, New York
           December 27, 2022

                       *Loretta A. Preska*
                    _____
                    LORETTA A. PRESKA
                    SENIOR UNITED STATES DISTRICT JUDGE