UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>-against-<br><br>RAYMOND JACKSON,<br><br>                Defendant. | No. 96-CR-515 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Mr. Jackson's letter dated February 27, 2023. (Dkt. no. 761.) Mr. Jackson shall reply to the Government's response to modify his sentence no later than April 7, 2023.

    The Clerk of the court shall mail a copy of this order to Mr. Jackson.

**SO ORDERED.**

Dated:    March 8, 2023
           New York, New York

                              _____
                              LORETTA A. PRESKA
                              Senior United States District Judge